MINUTE ENTRY
DECEMBER 1, 2017
KNOWLES, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 17-225 |
| RONALD THOMPSON, JR. | SECTION: E |

INITIAL APPEARANCE

APPEARANCES:  X  DEFENDANT WITH/WITHOUT COUNSEL   JAMES S. HOLT (RETAINED)
4720 NORTH BLVD., BATON ROUGE, LA
X  ASSISTANT U.S. ATTORNEY   JAMES BAEHR
___ INTERPRETER _____

Designated by Court and sworn.   Time: _____ .M to _____ M.

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE INDICTMENT WAS:
    READ   WAIVED   (SUMMARIZED)

X / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

__ / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__ / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00:  02



\_\_/ BAIL SET AT _____

_____

_____

_____

_____

**X**/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

\_\_/ DEFENDANT RELEASED ON BOND

**X**/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/ (ARRAIGNMENT) IS SET FOR _held_

\_\_/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

**X**/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

_held_

\_\_/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____