MINUTE ENTRY
KNOWLES, M.J.
DECEMBER 1, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 17-225 |
| RONALD THOMPSON, JR. | SECTION E |

## CRIMINAL ARRAIGNMENT

APPEARANCES: X  DEFENDANT
  X  COUNSEL FOR DEFENDANT  JAMES S. HOLT
  X  ASSISTANT U.S. ATTORNEY  JAMES BAEHR
  __ INTERPRETER _____ SWORN
   (TIME: ____.M to ____.M)

X / READING OF THE INDICTMENT: READ (WAIVED) SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON ORIGINAL BOND

__/ BAIL SET AT _____

__/ DEFENDANT RELEASED ON NEW BOND

__/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **JANUARY 25, 2018 AT 2:00 PM**

**BEFORE UNITED STATES DISTRICT JUDGE SUSIE MORGAN**

X / TRIAL: **FEBRUARY 5, 2018 AT 9:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE SUSIE MORGAN**

MJSTAR: 00: 02