UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 17-225 |
| RONALD THOMPSON, JR. | SECTION: "E" |

RE-NOTICE OF SENTENCING

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take Notice that this criminal case has been reset for sentencing on July 11, 2018 at 10:00 a.m., before Judge Susie Morgan, 500 Poydras St., New Orleans, LA.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:  June 8, 2018 | WILLIAM W. BLEVINS, CLERK |
| | by:  Brad Newell, Deputy Clerk |

TO:

| | |
|---|---|
| Ronald Thompson, Jr. (**CUSTODY**) | AUSA: James S. Baehr |
| **COUNSEL FOR RONALD THOMPSON, JR.:** | U.S. Marshal |
| James S. Holt, Retained | U.S. Probation & Pre-Trial Services Unit |
| | TFO Special Agent David Ehrmann, DEA |

**If you change address, notify clerk of court by phone, 504-589-7714**